CHARLES A. BONNER, ESQ. SB# 85413
A. CABRAL BONNER, ESQ. SB# 247528
**LAW OFFICES OF CHARLES A. BONNER**
475 GATE FIVE RD, SUITE 212
SAUSALITO, CA 94965
TEL: (415) 331-3070
FAX: (415) 331-2738
cbonner799@aol.com
cabral@bonnerlaw.com

ATTORNEYS FOR PLAINTIFFS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEONARD ORDONIO, and CLAUDIA ORDONIO,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SANTA CLARA, SANTA CLARA VALLEY MEDICAL CENTER, DR. ALFONSO BANUELOS, DR. HOLLISTER BREWSTER, DR. DOLLY GOEL, and DOES 1-20,<br><br>Defendants | Case No.: 3:11-cv-04570-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

The Parties, through their respective counsel, request a further continuance of the Case Management Conference currently scheduled for February 17, 2011 in the above referenced case.

Good cause exists for a further continuance of the Case Management Conference for the following reasons:

1. The case is not at issue as the defendants have been served but have not filed a responsive pleading.

2. Plaintiffs served Defendants in or around December 2011. Plaintiffs granted Defendants' request to have until February 16, 2012 to respond to the pleading.

STIPULATION TO CONTINUE CMC - 1

Therefore, a request is made that the Case Management Conference be continued for thirty days to give Defendants an opportunity to file a responsive pleading.

Dated: February 10, 2012

**RESPECTFULLY SUBMITTED**
**LAW OFFICES OF BONNER & BONNER**

By: /s/ A. Cabral Bonner
A. CABRAL BONNER,
Attorney for Plaintiffs

Dated: February 10, 2012

**RESPECTFULLY SUBMITTED,**
**MIGUEL MÁRQUEZ**
**County Counsel**

By: _____
STEPHEN H. SCHMID
Deputy County Counsel
Attorneys for Defendants

ORDER

For good cause showing, the Case Management Conference scheduled for February 17, 2012 is hereby continued to __March 23, 2012 at 9:00 am__ joint case management conference statement to be filed by the parties 7 days before the Case Management Conference.

IT IS SO ORDERED

Judge Edward M. Chen

STIPULATION TO CONTINUE CMC - 2