CHARLES A. BONNER, ESQ. SB# 85413
A. CABRAL BONNER, ESQ. SB# 247528
**LAW OFFICES OF CHARLES A. BONNER**
475 GATE FIVE RD, SUITE 212
SAUSALITO, CA 94965
TEL: (415) 331-3070
FAX: (415) 331-2738
cbonner799@aol.com
cabral@bonnerlaw.com

ATTORNEYS FOR PLAINTIFFS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEONARD ORDONIO, and CLAUDIA ORDONIO,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SANTA CLARA, SANTA CLARA VALLEY MEDICAL CENTER, DR. ALFONSO BANUELOS, DR, HOLLISTER BREWSTER, DR. DOLLY GOEL, and DOES 1-20,<br><br>Defendants | Case No.: 3:11-cv-04570-EMC<br><br>**STIPULATION AND [PR~~OPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

  The Parties, through their respective counsel, request a further continuance of the Case Management Conference currently scheduled for February 17, 2011 in the above referenced case.

  Good cause exists for a further continuance of the Case Management Conference for the following reasons:

  1. The case is not at issue as the defendants have been served but have not filed a responsive pleading.

  2. Plaintiffs served Defendants in or around December 2011. Plaintiffs granted Defendants' request to have until February 16, 2012 to respond to the pleading.

STIPULATION TO CONTINUE CMC - 1

1  Therefore, a request is made that the Case Management Conference be continued for
2  thirty days to give Defendants an opportunity to file a responsive pleading.

3  Dated: February 10, 2012              **RESPECTFULLY SUBMITTED**
4                                         **LAW OFFICES OF BONNER & BONNER**

5

6                                         By: /s/ A. Cabral Bonner
                                          A. CABRAL BONNER,
7                                         Attorney for Plaintiffs

8

9  Dated: February 10, 2012              **RESPECTFULLY SUBMITTED,**
10                                        **MIGUEL MÁRQUEZ**
                                          **County Counsel**
11

12
                                          By: _____
13                                        STEPHEN H. SCHMID
                                          Deputy County Counsel
14                                        Attorneys for Defendants

15  ORDER

16      For good cause showing, the Case Management Conference scheduled for February
17  17, 2012 is hereby continued to __March 23, 2012 at 9:00 am__ joint case management conference
18  statement to be filed by the parties 7 days before the Case Management Conference.

*IT IS SO ORDERED*
*Judge Edward M. Chen*
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)

STIPULATION TO CONTINUE CMC - 2